**Andrew BROCKETTE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27821.

Court of Criminal Appeals of Texas.

Nov. 16, 1955.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawfully driving an automobile upon a public highway while under the influence of intoxicating liquor; the punishment, a fine of $75 and confinement in jail for three days.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.